UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAIRMONT DONALD,

                    Plaintiff,

-against-

STACIE BENNETT, et al.,

                    Defendants.

**ORDER**

24-CV-03144 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, commenced this action against Stacie Bennett, P. Paige-Connier, Mikhail Gusman, and Terrie Armbruster ("Defendants") on April 23, 2024. (Doc. 1). On January 8, 2025, with the Court's permission, Plaintiff's amended complaint was docketed. (Doc. 32). Defendants filed a motion to dismiss Plaintiff's Amended Complaint (Doc. 32) on February 6, 2025. (Docs. 36-38).

    The Court, *sua sponte*, extends Plaintiff's time to oppose the motion to dismiss until March 12, 2025. Defendants' reply, if any, is due by March 26, 2025.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: White Plains, New York
       February 10, 2025

                                              PHILIP M. HALPERN
                                              United States District Judge