# UNITED STATES DISTRICT COURT
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CLAIRMONT DONALD,

        Plaintiff,

-against-

STACEY BENNET, SUPERINTENDENT;
P. PAIGE CONNIER, NURSE ADMINISTRATOR;
DR. MIKHAIL GUSMAN, MD; NEW YORK
STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION;
TERRIE AMBRUSTER, NURSE PRACTICIONER;
EYE DOCTOR (JOHN DOE), and
ALBANY MEDICAL CENTER,

        Defendants.

**NOTICE OF MOTION**

Case No. 7:24-cv-3144 (PMH)

**PLEASE TAKE NOTICE,** that upon the annexed Affidavit of Justin W. Gray, Esq., counsel for Albany Medical Center, sworn to the 8th day of August, 2025 and the exhibits annexed thereto, the undersigned, attorneys for the answering defendant, will move on the 8th day of September, 2025, or at such date as may be set by the court, before the Honorable Philip M. Halpern at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, on a date set by the Court, for an Order pursuant to Federal Rules of Civil Procedure §12(b)(c) dismissing the Complaint against Albany Medical Center, due to the plaintiff's failure to state a claim on which relief can be granted, and for such other and further relief the Court deems appropriate.

**PLEASE TAKE NOTICE,** that oral argument is not requested.

PLEASE TAKE FURTHER NOTICE, that defendant requests that responsive affidavits, if any, be served at least seven (7) days prior to the return date of this motion.

DATED: August 8, 2025
Albany, New York

MAYNARD, O'CONNOR, SMITH,
& CATALINOTTO

_____
Justin W. Gray, Esq.
*Attorneys for Defendant*
  *Albany Medical Center Hospital*
80 State Street
Albany, New York 12207
(518) 465-3553
gray@moscllp.com

TO: Clairmont Donald 18-A-2991
Sullivan Correctional Facility
*Pro Se Plaintiff*
325 Riverside Drive
Fallsburg, New York 12733-0116

Elizabe Barbanes
Assistant Attorney General
*Attorney for Defendants*
  *Gusman and Armbuster*
44 South Broadway, 5th Floor
White Plains, New York 10601
Elizabeth.Barbanes@ag.ny.gov

---

Motion denied without prejudice for failure to comply with Local Civil Rule 7.1(a). Defendant Albany Medical Center, if it be so advised, shall file a pre-motion letter in accordance with the Court's Individual Practices Rule 2(C) by August 18, 2025 prior to the re-filing of any motion.

The Clerk of Court is respectfully requested to terminate Doc. 54.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       August 11, 2025