


Robert A. Rausch, Esq.
rausch@moscllp.com

October 28, 2025

> Application denied. The Initial Conference will proceed as scheduled.
>
> The Clerk of Court is respectfully directed to terminate the letter-motion pending at Doc. 69.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         October 28, 2025

**Donald (Clairmont) v. Albany Medical Center, et al**
Our File No.: 125.36408
Case No.: 7:24-CV-3144 (PMH)

Hon. Philip M. Halpern                    ***VIA ECF***
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Dear Judge Halpern:

    I have received plaintiff's correspondence of October 22nd requesting an extension to serve opposition to my motion to dismiss. Under the circumstances, I have no objection to the request.

    I simply note that we are currently scheduled for a Case Management Conference on November 13th. I submit that it may make sense to adjourn the conference until after the motion is determined, although I defer to the court in that regard.

Respectfully yours,

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP

By: _____
    Robert A. Rausch

RAR:rll

cc:   Clairmont Donald (18-A-2991)   ***VIA ECF and FIRST-CLASS MAIL***
      Coxsackie Correctional Facility
      P.O. Box 999
      Coxsackie, NY 12051-0999

      Elizabe Barbanes, Esq.   ***VIA ECF***
      Assistant Attorney General
      44 South Broadway
      White Plains, New York 10601

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP
6 Tower Place, Albany, NY 12203 | P: (518) 465-3553 | F: (518) 465-5845
3154 Route 9W, P.O. Box 180, Saugerties, NY 12477 | P: (845) 246-3668 | F: (845) 246-0390
www.maynardoconnorlaw.com
– Service by Facsimile, Email or Electronic Means is Not Accepted –

{M1188066.1}