# MAYNARD
### ATTORNEYS AT LAW
# O'CONNOR

For Over **100** Years

March 10, 2026

Application denied. Defendant Albany Medical Center's request to stay discovery pending the disposition of its motion to dismiss is denied. Further, the request for an extension of discovery deadlines is denied without prejudice to renewal for failure to comply with the Court's Individual Practices Rule 1(C).

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 84.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
March 10, 2026

**Donald (Clairmont) v. Albany Medical Center, et al**
Our File No.: 125.36408
Case No.: 7:24-CV-3144 (PMH)

Hon. Philip M. Halpern                    ***VIA ECF***
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Dear Judge Halpern:

As you may recall, I represent defendant Albany Medical Center in this action. My client was added to the case by an Amended Complaint which was served in July 2025. We then moved to dismiss upon the grounds, among other arguments, that the Amended Complaint failed to raise *any* allegations against Albany Medical Center at all. (Dkt #62, et seq) That motion was returnable on November 6, 2025, and a Decision has not yet been rendered.

In conjunction with our Answer, we served plaintiff with discovery demands, including Interrogatories and Combined Discovery Demands. On December 29, 2025, plaintiff advised that he would provide responses by February 1. (Dkt #82). As of this writing, we have not received any response to those initial demands.

Under the Scheduling Order (Dkt #73), all fact discovery shall be completed by March 13, 2026, and all discovery shall be completed by April 27, 2026.

I understand that codefendants are prepared to proceed with plaintiff's deposition in compliance with the Scheduling Order. However, I am not prepared to go forward with a deposition at this time, due to plaintiff's complete non-compliance with my initial demands. Obviously, it would be more efficient and economical to only conduct plaintiff's deposition once, and I do not want to unnecessarily interfere with codefendant's ability to comply with the existing deadlines.

Under the circumstances, I request that the court either (1) stay all discovery pending issuance of a Decision on our motion to dismiss or (2) extend the existing deadlines for depositions, expert disclosure, and completion of discovery.

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP
4 Tower Place, 3rd Floor, Albany, NY 12203  |  P: (518) 465-3553  |  F: (518) 465-5845
3154 Route 9W, P.O. Box 180, Saugerties, NY 12477  |  P: (845) 246-3668  |  F: (845) 246-0390
www.maynardoconnorlaw.com
– Service by Facsimile, Email or Electronic Means is Not Accepted –

{M1188066.1}

Hon. Philip M. Halpern                              2                        March 10, 2026

In addition, and alternatively, depending on the outcome of our motion to dismiss, I request leave to file a separate motion to dismiss the case due to plaintiff's non-compliance with our initial demands.

Thank you for your consideration.

Respectfully yours,

**MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP**

By: _____
Robert A. Rausch

RAR:rll

cc:    Clairmont Donald (18-A-2991)        ***VIA ECF and FIRST-CLASS MAIL***
       Green Haven Correctional Facility
       594 Route 216, P.O. Box 4000
       Stormville, NY 12582

       Elizabeth Barbanes, Esq.            ***VIA ECF***
       Assistant Attorney General
       44 South Broadway
       White Plains, New York 10601

{M1188066.1}