UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAIRMONT DONALD,

Plaintiff,

-against-

STACIE BENNETT, et al.,

Defendants.

**ORDER**

24-CV-03144 (PMH)

PHILIP M. HALPERN, United States District Judge:

On August 5, 2026, Plaintiff, *pro se*, and counsel for Defendants Terrie Armbruster and Dr. Mikhail Gusman appeared for a pre-motion conference. As discussed on the record, the Court directed defense counsel to file a proposed order and stipulation, signed by the parties: (1) dismissing Plaintiff's claims against Defendants Armbruster and Gusman; and (2) dismissing Albany Medical Center's cross-claim against Defendants Armbruster and Gusman. The Court directed Plaintiff to file any motion seeking leave to amend his complaint on or before August 26, 2026. *See* Transcript.

**SO ORDERED.**

Dated: August 5, 2026
White Plains, New York

HON. PHILIP M. HALPERN
United States District Judge